IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–18–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ADRIAN GUTIERREZ and GERARDO GUTIERREZ, | |
| Defendants. | |

Before the Court is Defendant Adrian Gutierrez's Unopposed Motion to Enlarge Time to File Pretrial Motions. (Doc. 36.) Adrian Gutierrez seeks a 21-day extension of the motions deadline from September 10, 2021 to September 30, 2021. (*Id.* at 1.) The Court will grant the motion. The trial setting will not be reset at this time. Instead, if Mr. Gutierrez does file a substantive pre-trial motion, the Court may vacate and reset the trial setting pursuant to 18 U.S.C. § 3161(h)(1)(D).

Accordingly, IT IS ORDERED the motion (Doc. 36) is GRANTED. The motions deadline of September 10, 2021 is VACATED and RESET for September 30, 2021. The Court's prior scheduling order (Doc. 35) remains in full force and effect in all other respects.

1

DATED this 9th day of September, 2021.

*Dana L. Christensen*

Dana L. Christensen, District Judge
United States District Court