IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN GUTIERREZ and<br>GERARDO GUTIERREZ,<br><br>Defendants. | CR 21–18–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Adrian Gutierrez's Unopposed Motion to Enlarge Plea Agreement Deadline. (Doc. 39.) Mr. Gutierrez seeks a 4-day enlargement of the plea agreement deadline from September 30, 2021 to October 4, 2021. (*Id.*) The basis of this motion is that Mr. Gutierrez and counsel need additional time to discuss plea options in this case. (*Id.*) The United States does not oppose this motion. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 39) is GRANTED. The plea agreement deadline of September 30, 2021 is VACATED and RESET for October 4, 2021. The Court's prior scheduling order remains in full force and effect in all other respects.

DATED this 30th day of September, 2021.

1

Dana L. Christensen, District Judge
United States District Court