IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN GUTIERREZ and<br>GERARDO GUTIERREZ,<br><br>Defendants. | CR 21–18–BU–DLC<br><br><br>ORDER |

Before the Court is United States' Motion for Preliminary Order of Forfeiture. (Doc. 71.) The Defendants have been adjudged guilty as charged in the superseding information. As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2).

Accordingly, IT IS ORDERED the motion (Doc. 71) is GRANTED.

IT IS FURTHER ORDERED that Adrian Gutierrez's and Gerardo Gutierrez's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2):

- 2008 Nissan Frontier, VIN 1N6AD07W48C435050; and

- 2007 Chevy Silverado, VIN 2GCEK19J771578435

IT IS FURTHER ORDERED that the United States Marshal's Service, the Federal Bureau of Investigation, and/or a designated sub-custodian, is directed to

seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, and this Order is hereby incorporated into any final judgments issued in this case, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(B).

DATED this 3rd day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court