IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN GUTIERREZ and<br>GERARDO GUTIERREZ,<br><br>Defendants. | CR 21–18–BU–DLC<br><br><br><br>ORDER |

Before the Court is United States' Motion for Final Order of Forfeiture. (Doc. 82.) A Preliminary Order of Forfeiture was entered on December 3, 2021. (Doc. 74.) All known interested parties were provided an opportunity to respond and publication has been accomplished as required by 21 U.S.C. § 853(n)(1). (Doc.75.)

Accordingly, IT IS ORDERED the motion (Doc. 82) is GRANTED.

IT IS FURTHER ORDERED judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), free from the claims of any other party, the following property:

- 2008 Nissan Frontier, VIN 1N6AD07W48C435050; and
- 2007 Chevy Silverado, VIN 2GCEK19J771578435

IT IS FURTHER ORDERED the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and this order is hereby incorporated into any final judgment issued in this matter pursuant to Federal Rule of Criminal Procedure 32(b)(4)(B).

DATED this 15th day of February, 2022.

_____
Dana L. Christensen, District Judge
United States District Court