IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  21–18–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ADRIAN GUTIERREZ and GERARDO GUTIERREZ, | |
| Defendants. | |

Before the Court is Defendants' motions to vacate sentencing hearings. (Docs. 87–88.)  Both motions indicate Defendants have absconded from pretrial supervision and the warrants for their arrest remain unexecuted.  (*Id.*)  As such, Defendants' request that the sentencing hearings be vacated.  (*Id.*)  The United States does not object.  (*Id.*)

Accordingly, IT IS ORDERED the motions (Docs. 87–88) are GRANTED. The sentencing hearings set for March 8, 2022 are VACATED, to be reset upon the Defendants' arrests.

IT IS FURTHER ORDERED that the United States shall move for the setting of sentencing hearings upon the Defendants' arrests.

DATED this 4th day of March, 2022.

Dana L. Christensen, District Judge
United States District Court

1